IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST, § § § § *Plaintiff*, § § v. § § LAURA L. KING and KENNETH R. KING, SR. a/k/a KENNETH R. KING, § § § § *Defendants*. § | Civil Action No. 6:21-cv-678-ADA-JCM |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

The undersigned attorney, Shelley L. Hopkins hereby notifies the Court that she is entering an appearance as Lead Counsel for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, its successors and assigns, Defendant in the above-entitled and numbered cause.

Please forward all notices and pleadings to the undersigned counsel to listed below:

Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins – *Attorney in Charge*
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**