IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST, §§§§ | |
| *Plaintiff*, § | |
| v. § | Civil Action No. 6:21-cv-678-ADA-JCM |
| LAURA L. KING and KENNETH R. KING, SR. a/k/a KENNETH R. KING, §§§§ | |
| *Defendants*. § | |

## MOTION TO ALLOW CRYSTAL G. GIBSON TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust ("Plaintiff") file this Motion to Allow Crystal G. Gibson to Withdraw as Counsel for Plaintiff ("Motion").

Ms. Gibson is no longer with the law firm of Barrett Daffin Frappier Turner & Engel, LLP. Accordingly, Plaintiff seeks leave to allow Ms. Gibson to immediately withdraw as counsel for the Plaintiff in the above-referenced matter. The Plaintiff will not be prejudiced by Ms. Gibson's withdrawal because Shelley L. Hopkins and Robert D. Forster, II will remain as counsel for the Plaintiff. Granting this Motion will not harm or prejudice the Defendants, nor will granting this Motion cause undue delay.

Plaintiff respectfully requests that this Motion be granted, that Ms. Gibson be immediately withdrawn as counsel of record for Plaintiff, that by Court Order the docket be amended to reflect that Ms. Gibson has withdrawn as counsel for Plaintiff, and that Ms. Gibson no longer be noticed of any pleadings, motions, or other documents filed or served in this case.

Plaintiff respectfully requests that Shelley L. Hopkins and Robert D. Forster, II continue to be provided with copies of all correspondence, pleadings, or other documents in this case as counsel for Plaintiff.

                Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
        Shelley L. Hopkins
        State Bar No. 24036497
        HOPKINS LAW, PLLC
        3 Lakeway Centre Ct., Suite 110
        Austin, Texas 78734
        (512) 600-4320
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP - *Of Counsel*
        ShelleyH@bdfgroup.com
        shelley@hopkinslawtexas.com

        Robert D. Forster, II
        State Bar No. 24048470
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP
        4004 Belt Line Road, Suite 100
        Addison, Texas 75001
        (972) 386-5040
        (972) 341-0734 (Facsimile)
        RobertFO@bdfgroup.com

        **ATTORNEYS FOR PLAINTIFF**